■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. WOODS, Appellant. [849 NYS2d 919]—Appeal from a judgment of the Niagara County Court (Angelo J. Morinello, J.), rendered January 27, 2006. The judgment convicted defendant, upon a jury verdict, of rape in the first degree and sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon a jury verdict, of rape in the first degree (Penal Law § 130.35 [3]) and sexual abuse in the first degree (§ 130.65 [3]). We reject defendant's contention that County Court failed to give the evidence the weight it should be accorded and thus that the verdict is against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Gorski, JJ.